[No. 31583-1-II.   Division Two.   November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK GREGORY EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-8-00235-1, Jay B. Roof, J., entered March 17, 2004. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 21498-2-III.   Division Three.   November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK RAY WINGARD, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00631-6, Carolyn A. Brown, J., entered April 12, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22067-2-III.   Division Three.   December 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL E. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 03-1-00009-6, Ray D. Lutes, J. Pro Tem., entered April 14, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 22525-9-III.   Division Three.   December 2, 2004.]

YAKIMA COUNTY, *Respondent*, v. THE EASTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Appellants*, JIM CATON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-03956-1, Susan L. Hahn, J., entered October 7, 2003. *Remanded* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.